| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Suzuki Capital LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2021          X /s/ Sammy Isamu Suzuki
                                             Signature of individual signing on behalf of debtor

                                             Sammy Isamu Suzuki
                                             Printed name

                                             Chief Executive Officer
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Suzuki Capital LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Karena Wu, 12 West 37th Street, Suite 120, New York, NY 10018 | | | | | | $1,044,984.93 |
| Newport Capital, 5 West 37th Street, 2nd Floor, New York, NY 10018 | | | | | | $1,000,000.00 |
| Joon Hwang, 12 Hillcrest Court, Westwood, NJ 07675 | | | Disputed | | | $576,923.00 |
| Mark Baum, 45 West 60th Street, Apt 11 C, New York, NY 10023 | | | Disputed | | | $200,000.00 |
| Tim Leissner, 11 East 68th Street, Apt. 8E, New York, NY 10065 | | | | | | $165,000.00 |
| Arnold Carlaso, 235 East 40th Street, Unit 8G, New York, NY 10016 | | | | | | $90,750.00 |
| Dr. Ron Noy, 1760 Second Avenue, 28C, New York, NY 10128 | | | | | | $50,000.00 |
| Troutman Pepper, The New York Times Building, 620 Eighth Avenue, 37th Fl, New York, NY 10018-1405 | | | | | | $50,000.00 |

Debtor  Suzuki Capital LLC
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| State of NY, Workers' Comp Boa Judgment Unit 328 State Street Schenectady, NY 12305-2318 | | | | | | $34,000.00 |
| NYS Dept of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | | | | | | $18,503.79 |
| Felix Fan 401 Washington Blvd., Apt 1207 Jersey City, NJ 07310 | | | | | | $16,666.67 |
| Cauldwell Wingage 380 Lexington Avenue New York, NY 10168 | | | | | | $7,431.26 |
| Anchin, Block & Anchin 1375 Broadway New York, NY 10018 | | | | | | $6,000.00 |
| Unfrustrating Computers 6 Zinnia Court Commack, NY 11725 | | | | | | $5,635.09 |
| Cogent Communications, Inc. P.O. Box 791087 Baltimore, MD 21279-1087 | | | | | | $2,066.00 |
| Atlantic Tomorrow's Office GPO P.O. Box 5149 White Plains, NY 10602-5149 | | | | | | $318.20 |